1  **SO. CAL. EQUAL ACCESS GROUP**
2  Jason J. Kim (SBN 190246)
   Jason Yoon (SBN 306137)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  scalequalaccess@yahoo.com

6  Attorneys for Plaintiff
   HEE SOON PARK

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 HEE SOON PARK,

12         Plaintiff,                **Case No.: 5:22-cv-00133-MWF (PDx)**

13    vs.

14                                   **JOINT STIPULATION FOR
                                      DISMISSAL PURSUANT TO
15 ANASTASIOS CHALKIDIS, AS          FEDERAL RULE OF CIVIL
   TRUSTEE OF THE ANASTASIOS        PROCEDURE 41(a)(1)(A)(ii)**
16 CHALKIDIS REVOCABLE TRUST;
   and DOES 1 to 10,
17
           Defendants.
18

19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff HEE SOON PARK ("Plaintiff") and Defendant ANASTASIOS CHALKIDIS, AS TRUSTEE OF THE ANASTASIOS CHALKIDIS REVOCABLE TRUST stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: June 8, 2022     SO. CAL. EQUAL ACCESS GROUP

By:  /s/  Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

DATED: June 08, 2022     YADIDI LAW FIRM, PC

By:  /s/ David Yadidi
DAVID YADIDI, ESQ.
Attorneys for Defendant
ANASTASIOS CHALKIDIS, AS TRUSTEE
OF THE ANASTASIOS CHALKIDIS
REVOCABLE TRUST

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 8, 2022          By: /s/ Jason J. Kim
Jason J. Kim